# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP, a District of Columbia limited liability partnership<br><br>Plaintiff,<br><br>v.<br><br>SOJOURNER-DOUGLASS COLLEGE, a Maryland nonprofit corporation based in Baltimore City<br><br>Defendant. | Case No. 1:15-cv-00947-WMN |

## DECLARATION OF SERVICE

I, Cindy N. Matera, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am not a party to this action, am over 18 years of age, and am employed by Dickstein Shapiro LLP at 1825 Eye Street, NW, Washington, DC 20006, telephone 202-420-2200.

2. On April 2, 2015, I caused the issued Summons and copies of the (1) Complaint, (2) Corporate Disclosure Statement, (3) Civil Cover Sheet, (4) U.S. District Court for the District of Maryland Local Rules, and (5) U.S. District Court for the District of Maryland Electronic Filing Requirements and Procedures for Civil Cases in the above-referenced action to be served upon Mr. Donald L. Hutchins, Vice President for Administrative and Fiscal Affairs and Registered Agent of Defendant Sojourner-Douglass College at 500 N. Caroline Street, Baltimore, Maryland 21205 by sending the documents via certified mail, restricted delivery (return receipt requested).

3. Copies of the proof of certified/restricted delivery mailing and the return receipt showing the delivery date of April 4, 2015 are annexed hereto.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2015.

By: _____Cindy N. Matera_____
      Cindy N. Matera



UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Nicholas Cheolas, Esq.
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC  20006

**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW  |  Washington, DC 20006-5403

RESTRICTED DELIVERY:
Show to whom, date, & address of delivery

Mr. Donald L. Hutchins
Vice President for Administrative and
   Fiscal Affairs and Registered Agent
Sojourner-Douglass College
500 N. Caroline Street
Baltimore, MD  21205

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Arthur Johnson_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Arthur Johnson    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Donald L. Hutchins, VP Admin.<br>& Fiscal Affairs & Registered Agent<br>Sojourner-Douglass College<br>500 N. Caroline Street<br>Baltimore, MD  21205 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7007 2680 0001 1507 9645 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540